IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIAM J. MCCUTCHEN,

 Appellant,

v.

STATE OF FLORIDA,

 Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3016

Opinion filed April 14, 2015.

An appeal from the Circuit Court for Gulf County.
John L. Fishel, II, Judge.

William J. McCutchen, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Samuel Steinberg, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

 AFFIRMED.

LEWIS, C.J., RAY, and SWANSON, JJ., CONCUR.